Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV  89101
(702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Sondra Williamson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONDRA WILLIAMSON ) | CASE NO.: 2:17-cv-02653-RFB-CWH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DISCOVERY PLAN AND SCHEDULING ORDER** |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) | |
| as Claims Administrator for the Bank of ) | **(Special Scheduling Review Requested)** |
| America Long-Term Disability Plan; DOES I ) | |
| through V; and ROE CORPORATIONS I ) | |
| through V, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff SONDRA WILLIAMSON and Defendant AETNA LIFE INSURANCE COMPANY ("AETNA") jointly request special scheduling review and submit the following discovery plan and order for this case.

**I.      Rule 26(f) Conference.**

In accordance with Fed. R. Civ. P. 26(f), a telephonic conference was held on December 18, 2017 between Julie A. Mersch, counsel for the Plaintiff, and Ann-Martha Andrews, counsel for AETNA.  The parties agree that the standard discovery plan is not best suited for this lawsuit, for the reasons set forth below.  The parties further certify, pursuant to LR 26-1(b)(7-8), that they have met and conferred regarding the possibility of using alternate dispute-resolution processes and alternate forms of case disposition including consent to trial

by a magistrate judge and the use of the Short Trial Program. The provisions of LR 26-1(b)(9) do not apply as no jury trial is demanded in this matter.

## II. Nature of Case and Purpose of Special Review.

This claim involves payment of long-term disability benefits under a group insurance plan administered by WILLIAMSON's employer, Bank of America (Plan Administrator) for the benefit of its employees. Bank of America delegated the administration of claims under the plan to Defendant AETNA (Claims Administrator). The Plaintiff's complaint alleges a claim under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA"), seeking, *inter alia*, reinstatement of long-term disability benefits terminated by AETNA and payment of past benefits. This action is brought pursuant to § 502(a)(1)(B) of ERISA (29 U.S.C. §§ 1132 (a)(1)(B)). Discovery may be limited to the administrative record for Plaintiff's administrative claim and appeal. The administrative record consists of the information that was before Defendant at the time of its final decision, which includes, inter alia, Plaintiff's medical records, Plaintiff's arguments for the payment of benefits, the Plan Administrator's and Claim Administrator's decisions, and the long-term disability plan documents.

No discovery plan and scheduling order is generally required for review of an administrative record. LR 16-1(c)(1). An action for an administrative review usually requires that the parties file a briefing schedule. LR 16-1(c). Accordingly, the parties jointly request that this Court review and adopt the proposed non-standard discovery and case schedule set forth below:

## III. Proposed Plan

The parties have conferred and agree as follows:

**A. Production of the Administrative Record:** AETNA will disclose a copy of the ERISA administrative record by **Monday, January 15, 2018.**

**B. Meet and Confer Period:** WILLIAMSON contends that she is entitled to

conduct discovery in this matter. AETNA does not concede that discovery is appropriate or permissible under the facts of this case.

Accordingly, WILLIAMSON will notify AETNA by **Monday, January 29, 2018** as to the type of discovery and scope of discovery that she contends is permissible and should be conducted, with reasonable specificity (including proposed written discovery where possible). The parties will then meet and confer with each other to (1) identify areas of agreement about permissible ERISA discovery; and (2) narrow the discovery requests, if possible, to gain agreement about permissible ERISA discovery and narrow areas of dispute about permissible areas of ERISA discovery. Any discovery that the parties agree is permissible ERISA discovery shall be served by **Monday, February 12, 2018**.

**C.     Briefing re: ERISA Discovery Disputes:** To the extent that, after the meet and confer period, the parties disagree as to the permissible scope of discovery and type of discovery, on or before **Wednesday, February 28, 2018**, the parties will simultaneously brief the Court and request a ruling on any remaining disputes. Each party will set forth its position in no more than 10 pages. If further discovery is permitted, the Court may set a reasonable time deadline for completion of discovery at that time.

**D.     Filing of ERISA Administrative Record and Briefing of the Merits of the Case:** If no discovery briefs are filed under Paragraph III.C., above, on or before **Wednesday, April 4, 2018**, Defendant will file the administrative record with this Court, the contents of which will be agreed upon by the parties.

If a joint administrative record is timely filed and simultaneous motions are not filed under Paragraph III.C., above, Plaintiff's Rule 52 and/or Rule 56 Motion shall be filed by **Wednesday, May 2, 2018**. Defendant's response will be due on **Friday, June 1, 2018**, and Plaintiff's reply memoranda will be due **Friday, June 15, 2018.**

If discovery motions are filed under Paragraph III.C., above, the deadlines set forth in this Paragraph III.D. will be suspended. The parties will propose new deadlines after any

discovery motion has been ruled upon, to take into account any additional discovery time permitted.

**IV.     Settlement.**

The parties intend to engage in early settlement discussions, and may agree to a mediation or settlement conference.

DATED:  December 19, 2017          LAW OFFICE OF JULIE A. MERSCH

By:    /s/ Julie A. Mersch
     JULIE A. MERSCH
     jam@merschlaw.com
     Nevada Bar No.: 004695
     701 S. 7th Street
     Las Vegas, NV 89101
     *Attorney for Plaintiff WILLIAMSON*

DATED:  December 19, 2017          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:    /s/  Ann-Martha Andrews
     ANN-MARTHA ANDREWS
     ann.andrews@ogletree.com
     Nevada Bar No.
     Esplanade Center III, Suite 800
     2415 East Camelback Road
     Phoenix, AZ 85016
     *Attorneys for Defendant AETNA*

**IT IS SO ORDERED:**

Dated December 21, 2017

_____
UNITED STATES MAGISTRATE JUDGE