Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV  89101
(702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Sondra Williamson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONDRA WILLIAMSON ) | CASE NO.: 2:17-cv-02653-RFB-CWH |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **EXTEND DEADLINES** |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) | **(SECOND REQUEST)** |
| as Claims Administrator for the Bank of ) | |
| America Long-Term Disability Plan; DOES I ) | |
| through V; and ROE CORPORATIONS I ) | |
| through V, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel of record that, pursuant to LR 26-4, the Scheduling Order (Doc. # 8) be amended as follows:

**I.   Discovery Completed**

Defendant AETNA LIFE INSURANCE COMPANY (AETNA) filed the joint Administrative Record (AR) with this court on April 4, 2018.

**II.   Discovery Remaining and Reason for Request for Extension**

Plaintiff's Rule 52 and/or Rule 56 Motion is due by May 18, 2018.  Defendant's response is due by June 18, 2018, and Plaintiff's reply is due by July 2, 2018.  Due to unanticipated scheduling conflicts, Plaintiff's counsel requests a 2-week extension of time to

file Plaintiff's Fed.R.Civ.P. 52/56 Opening Brief.

**III.     Proposed Discovery Schedule**

Plaintiff WILLIAMSON and Defendant AETNA agree and stipulate to the following proposed deadline extensions:

| **Description:** | **Current Deadline:** | **Proposed:** |
|---|---|---|
| Plaintiff's Dispositive ERISA Motion under Rule 52 and/or 56 | 05/18/18 | 06/01/18 |
| Aetna's Response to Dispositive Motion | 06/18/18 | 07/02/18 |
| Plaintiff's Reply | 07/02/18 | 07/16/18 |

We, the undersigned, represent to the Court that this request for extension is made in good faith and not for purposes of delay.

WHEREFORE, the parties jointly request that this Court adopt the proposed scheduling deadlines as indicated above.

DATED: May 14, 2018                LAW OFFICE OF JULIE A. MERSCH

By:  /s/ Julie A. Mersch
JULIE A. MERSCH
jam@merschlaw.com
Nevada Bar No.: 004695
701 S. 7th Street
Las Vegas, NV 89101
*Attorney for Plaintiff WILLIAMSON*

DATED: May 14, 2018                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/  Ann-Martha Andrews
ANN-MARTHA ANDREWS
ann.andrews@ogletree.com
Nevada Bar No.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
*Attorneys for Defendant AETNA*

IT IS SO ORDERED.

DATED: May 17, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE