Ann-Martha Andrews, SBN 7585
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Ann.Andrews@ogletreedeakins.com

*Attorneys for Defendant Aetna Life Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Sondra Williamson,<br><br>        Plaintiff,<br><br>vs.<br><br>Aetna Life Insurance Company, as Claims Administrator for the Bank of America Long-Term Disability Plan; Does I through V; Roe Corporations I through V, inclusive,<br><br>        Defendants. | No. 2:17-CV-02653-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**(THIRD REQUEST)** |

Defendant Aetna Life Insurance Company and Plaintiff Sondra Williamson hereby jointly stipulate and move for an order amending the Court's Scheduling Order (ECF 8) pursuant to LR 26-4. This request is made in the interest of justice, in order to correct an error made by the defendant's counsel in production of the ERISA Administrative Record before the briefing commences.

**I.  Discovery Completed/Remaining**

This Court entered its Scheduling Order on December 21, 2017. (ECF 8). In accordance with the schedule, Aetna's counsel produced a copy of the ERISA Administrative Record to Williamson's counsel on January 15, 2018. Also in accordance with the schedule, Aetna filed a copy of the Administrative Record with the Court on April 4, 2018. (ECF 12). The original briefing schedule was adjusted slightly. (ECF 10, 14).

**II.     Reason for Request for Extension**

Aetna's counsel has recently become aware that, due to a mistake by counsel, the ERISA Administrative Record produced to Williamson's counsel was substantially incomplete. The same incomplete record was filed with the Court. Aetna's counsel notified Williamson's counsel of the error.

**III.    Proposed Discovery Schedule**

The parties now request that in order to ensure that Williamson's counsel and the Court have access to the complete Administrative Record, the Scheduling Order be amended as follows:

- Aetna will produce the complete Administrative Record to Williamson's counsel by <u>Friday, June 8, 2018</u> (original deadline: January 15, 2018).
- Aetna will file the complete Administrative Record with the Court by <u>Friday, June 22, 2018</u> (original deadline: April 4, 2018).
- Williamson's opening brief on the merits of the ERISA claim will be due on <u>Friday, July 6, 2018</u> (currently due June 1, 2018).
- Aetna's opposition brief on the merits of the ERISA claim will be due on <u>Friday, August 24, 2018</u> (currently due July 2, 2018).
- Williamson's reply brief on the merits of the ERISA claim will be due on <u>Friday, September 21, 2018</u> (currently due July 16, 2018).

The undersigned represent to the Court that this request for extension is made in good faith and not for purposes of delay.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Accordingly, the parties jointly request the Court to adopt the proposed scheduling deadlines as indicated above.

DATED this 30th day of May 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Ann-Martha Andrews
Ann-Martha Andrews
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

*Attorneys for Defendant Aetna Life Insurance Company*

DATED this 30th day of May 2018.

LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
Julie A. Mersch
701 S. 7th Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Sondra Williamson*

IT IS SO ORDERED.

DATED: June 21, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of May 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrant:

Julie A. Mersch, Esq.
Law Office of Julie A. Mersch
701 S. 7th Street
Las Vegas, NV 89101
jam@merschlaw.com

*Attorneys for Plaintiff Sondra Williamson*


 /s/ Diane M. Kelly
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

34279813.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700