Ann-Martha Andrews, SBN 7585
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Ann.Andrews@ogletreedeakins.com

Attorneys for Defendant Aetna Life Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SONDRA WILLIAMSON, | No. 2:17-CV-02653-RFB-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO FILE OPPOSING BRIEF** |
| AETNA LIFE INSURANCE COMPANY, as Claims Administrator for the Bank of America Long-Term Disability Plan; DOES I through V; ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

Plaintiff Sondra Williamson and defendant Aetna Life Insurance Company hereby stipulate and request the Court to extend Aetna's deadline to file its opposition brief on the merits of the ERISA claim by 30 days, from Friday, August 24, 2018 through and including Monday, September 24, 2018. Aetna requested the courtesy of a stipulation, and Williamson agreed, in order to accommodate counsel's significant out-of-town work travel schedule.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

DATED this 16th day of July 2018.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Julie A. Mersch<br>Julie A. Mersch<br>701 S. 7th Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff Sondra Williamson* | By: /s/ Ann-Martha Andrews<br>Ann-Martha Andrews<br>2415 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br><br>*Attorneys for Defendant Aetna Life Insurance Company* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: July 17, 2018

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrant:

Julie A. Mersch, Esq.
Law Office of Julie A. Mersch
701 S. 7th Street
Las Vegas, NV 89101
jam@merschlaw.com

*Attorneys for Plaintiff Sondra Williamson*


 /s/ Elizabeth Linville
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

34857537.1

3