Ann-Martha Andrews, SBN 7585
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Ann.Andrews@ogletreedeakins.com

Attorneys for Defendant Aetna Life Insurance Company

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SONDRA WILLIAMSON,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, as Claims Administrator for the Bank of America Long-Term Disability Plan; DOES I through V; ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | No. 2:17-CV-02653-RFB-CWH<br><br>**STIPULATION TO EXTEND TIME FOR AETNA TO RESPOND TO PLAINTIFF'S OPENING BRIEF (Second Request)** |

Plaintiff Sondra Williamson and defendant Aetna Life Insurance Company hereby stipulate and request the Court to extend Aetna's deadline to file its the opposition brief on the merits of the ERISA claim by 36 days, from Monday, September 24, 2018 through and including Tuesday, October 30, 2018. Aetna requested the courtesy of a stipulation, and Williamson agreed, in order to accommodate counsel's significant out-of-town work travel schedule.

As a consequence of the initial extension, the parties also stipulate and request the Court to extend the plaintiff's deadline to file its reply by 36 days, from October 22, 2018, through and including November 27, 2018.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

DATED this 5th day of September 2018.

LAW OFFICE OF JULIE A. MERSCH

By:  /s/ Julie A. Mersch
    Julie A. Mersch
    701 S. 7th Street
    Las Vegas, Nevada 89101

*Attorneys for Plaintiff Sondra Williamson*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Ann-Martha Andrews
    Ann-Martha Andrews
    2415 East Camelback Road, Suite 800
    Phoenix, Arizona 85016

*Attorneys for Defendant Aetna Life Insurance Company*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

September 6, 2018
DATED: _____

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrant:

Julie A. Mersch, Esq.
Law Office of Julie A. Mersch
701 S. 7th Street
Las Vegas, NV 89101
jam@merschlaw.com

*Attorneys for Plaintiff Sondra Williamson*


 /s/ Elizabeth Linville
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

35468370.1