JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff, Sondra Williamson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONDRA WILLIAMSON<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, as Claims Administrator for the Bank of America Long-Term Disability Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants | CASE NO.: 2:17-cv-02653-RFB-CWH<br><br>**NOTICE TO THE COURT REGARDING DUE DATE FOR PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO FRCP 52 MOTION** |

COMES NOW Plaintiff SONDRA WILLIAMSON and respectfully reminds the Court that pursuant to the Order of this Court dated September 6, 2018 [docket 23], Plaintiff's Reply to Defendant's Opposition to her FRCP 52 Motion for Judgment is due on November 27, 2018, *not* on November 6, 2018 as noted in the CM/ECF System's Notice of Electronic Filing of the Opposition dated October 30, 2018, a copy of which is attached hereto.

DATED this 31st day of October, 2018.

LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
701 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff Sondra Williamson*

IT IS SO ORDERED.

DATED: Nov 01, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of October, 2018, I electronically filed the foregoing **NOTICE TO THE COURT REGARDING DUE DATE FOR PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO FRCP 52 MOTION** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ann-Martha Andrews, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 E. Camelback Rd., Ste. 800
Phoenix, AZ 85016
Ann.Andrews@ogletreedeakins.com
*Attorneys for Defendant AETNA LIFE INSURANCE COMPANY*

                                                /s/ Robin M. Jennings
                                                An employee of the
                                                LAW OFFICE OF JULIE A. MERSCH

W:\WILLIAMSON\PLDGS\Notice.ReplyDueDate.wpd