Ann-Martha Andrews, SBN 7585
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Ann.Andrews@ogletreedeakins.com

Attorneys for Defendant Aetna Life Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SONDRA WILLIAMSON,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, as Claims Administrator for the Bank of America Long-Term Disability Plan; DOES I through V; ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | No. 2:17-CV-02653-RFB-CWH<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE THE MOTION FOR FEES**<br>**(Second Request)** |

Plaintiff Sondra Williamson and defendant Aetna Life Insurance Company stipulate and request the Court to extend the plaintiff's deadline to file any motion for attorneys' fees and non-taxable expenses by 7 days, from Tuesday, April 30, 2019 through and including Tuesday, May 7, 2019. As recently as this morning, the parties continue to engage in settlement negotiations and the extension may eliminate the need for a fee application, thus preserving the parties' and the Court's resources.

The parties certify that this stipulation was made in good faith and not for the purposes of delay.

DATED this 30th day of April 2019.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Julie A. Mersch<br>Julie A. Mersch<br>100 East Bridger Avenue<br>Las Vegas, Nevada 89101 | By: /s/ Ann-Martha Andrews<br>Ann-Martha Andrews<br>2415 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016 |
| *Attorneys for Plaintiff Sondra Williamson* | *Attorneys for Defendant Aetna Life Insurance Company* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: May 1, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrant:

Julie A. Mersch, Esq.
Law Office of Julie A. Mersch
100 East Bridger Avenue
Las Vegas, NV 89101
jam@merschlaw.com

*Attorneys for Plaintiff Sondra Williamson*


 /s/ Elizabeth Linville
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

38342885.1